# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERYL JEFFERSON, | |
| Plaintiff, | 8:16CV37 |
| vs. | ORDER |
| ALDERMAN'S BAR, CANDLELIGHT LOUNGE, INC., RONALD MCCLELLAN, and DOES 1-5 INCLUSIVE, | |
| Defendants. | |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). Part of the motion form includes an affidavit regarding the plaintiff's financial status. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 26th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge