## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VERYL JEFFERSON,** | |
| Plaintiff, | 8:16CV37 |
| vs. | |
| **ALDERMAN'S BAR, CANDLELIGHT LOUNGE, INC., RONALD MCCLELLAN, and DOES 1-5,** | **ORDER** |
| Defendants. | |

The records of the court show that on May 5, 2016, counsel for the defendants Alderman's Bar and Candlelight Lounge, Inc., were notified of their clients' failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing Nos. 16-17. The defendants were given fifteen days to file the required statements. As of the close of business on July 8, 2016, the defendants have not complied with the request set forth in the notices from the Office of the Clerk.

**IT IS ORDERED:**

**On or before July 18, 2016**, the defendants Alderman's Bar and Candlelight Lounge, Inc. shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why such defendants cannot comply with the rules of the court.

Dated this 11th day of July, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge